```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02630
   BRINA SAMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0220


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/15/2007 and was not confirmed.

     The case was dismissed without confirmation 06/18/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------

WASHINGTON MUTUAL          CURRENT MORTG        .00           .00             .00
WASHINGTON MUTUAL          MORTGAGE ARRE        .00           .00             .00
AMERICAS FINANCIAL CHOIC   UNSECURED        1037.93           .00             .00
CAPITAL ONE                UNSECURED         955.70           .00             .00
BANKONE CHASE              UNSECURED       NOT FILED          .00             .00
CHICAGO DEPT OF REVENUE    UNSECURED       NOT FILED          .00             .00
DENTAL PROFILE HYDE PARK   UNSECURED       NOT FILED          .00             .00
DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED          .00             .00
PREMIER BANKCARD           UNSECURED         450.62           .00             .00
INTL CHECK SERVICE         UNSECURED       NOT FILED          .00             .00
NATIONAL QUICK CASH        UNSECURED       NOT FILED          .00             .00
NATIONWIDE CREDIT & COLL   UNSECURED       NOT FILED          .00             .00
NICOR GAS                  UNSECURED       NOT FILED          .00             .00
RADIOLOGICAL PHYSICIANS    UNSECURED       NOT FILED          .00             .00
ROSELAND CHRISTIAN SCHOO   UNSECURED       NOT FILED          .00             .00
TRUSTMARK RECOVERY         UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED         810.00           .00             .00
NORTHWEST CAPITAL          UNSECURED         654.35           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,843.00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                          308.00


         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    308.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      308.00
                         ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02630 BRINA SAMS
```

TOTALS                                    308.00                  308.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 10/25/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```